# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2026-0077
_____

LESTER WELLS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Santa Rosa County.
Clifton A. Drake, Judge.


June 26, 2026

PER CURIAM.

   AFFIRMED.

LEWIS, ROWE, and RAY, JJ., concur.

_____

   ***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Lester Wells, pro se, Appellant.

James Uthmeier, Attorney General, and Michael Schaub, Assistant Attorney General, Tallahassee, for Appellee.